

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00228-CR

Larry Wayne **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8968
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 8, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice